UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNDELL HENDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>A. HEDGPETH, et al.,<br><br>  Defendants. | Case No.  14-cv-01857-JST (PR)<br><br>**ORDER OF DISMISSAL** |

On April 23, 2014, plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983.  On the same day the action was filed, plaintiff was ordered to file a complete application to proceed in forma pauperis ("IFP"), or pay the filing fee of $400.00, within 28 days, or face dismissal of the action.

More than 28 days have passed and plaintiff has not filed a complete IFP application or paid the filing fee.  Accordingly, the action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated:  June 12, 2014

_____
JON S. TIGAR
United States District Judge