United States District Court
Northern District of California

1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9
10   JOHNDELL HENDERSON,
              Plaintiff,                    Case No. 14-cv-01857-JST (PR)
11
         v.
12                                          **ORDER REOPENING ACTION;
     A. HEDGPETH, et al.,                   DIRECTING PLAINTIFF TO FILE
13                                          COMPLETE IN FORMA PAUPERIS
              Defendants.                   APPLICATION**
14
15

16        On April 23, 2014, plaintiff filed this pro se civil rights action pursuant to 42 U.S.C.
17  § 1983. On the same day the action was filed, plaintiff was ordered to file a complete application
18  to proceed in forma pauperis ("IFP"), or pay the filing fee of $400.00, within 28 days, or face
19  dismissal of the action. On June 12, 2014, the Court dismissed the action because plaintiff failed
20  to pay the filing fee or file an IFP application within the deadline.
21        On June 18, 2014, plaintiff filed an "objection to dismissal" stating that he never received
22  any document from the Court requiring him to pay a filing fee or file an IFP application. Plaintiff
23  also represents that he submitted an IFP application as an attachment to his complaint. Plaintiff is
24  advised that the Court has not received an IFP application to date. Accepting as true plaintiff's
25  statements that he attempted to file an IFP application with his complaint and that he never
26  received a deficiency notice, the action is hereby REOPENED. The order of dismissal (Docket
27  No. 6) is VACATED.
28

1   Plaintiff still needs to file a complete IFP application.  Plaintiff is GRANTED 28 days
2 from the date of this order to do so.  <u>If a complete application is not filed or the filing fee of $400</u>
3 <u>not paid, within 28 days, this case will be dismissed.</u>
4   The Clerk of the Court shall provide plaintiff with a new prisoner IFP application.
5   **IT IS SO ORDERED.**
6 Dated:  June 24, 2014

_____
JON S. TIGAR
United States District Judge