Michael W. Melendez (SBN 125895)
Teri Mae Rutledge (SBN 261229)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel: 415.644.0914
Fax: 415.644.0978
Email: mmelendez@cozen.com
trutledge@cozen.com

Attorneys for Plaintiff
JOHNDELL HENDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNDELL HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN HERNANDEZ; W.L. MUNIZ, et al.,<br><br>Defendants. | Case No.: 3:14-cv-01857-JST<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE 21 DAYS, TO 05/30/2018**<br><br>Judge: Hon. Jon S. Tigar |

Because newly retained counsel for the plaintiff will be making their initial contact with plaintiff on Friday, April 27, 2018, the parties stipulate to a short, 21-day continuance of the case management conference, currently scheduled for May 9, 2018, to May 30, 2018.

**<u>RECITALS</u>**

1. On March 5, 2018, the Court appointed counsel for the plaintiff, Johndell Henderson, and set a case management conference date of May 9, 2018 at 2:00 pm. (Order, Mar. 5, 2018, ECF No. 117.)

2. Thereafter, appointed counsel for Mr. Henderson have written to him, sending him a retention agreement and requesting contact via telephone and by in-person visit.

3. Counsel for Mr. Henderson also began the process to obtain authorization from his institution for an in-person visit.

4. Thereafter, on April 20, 2018, counsel for Mr. Henderson were approved for an in-person visit with plaintiff him on April 27, 2018.

5. Thereafter, on April 24, 2018, counsel for Mr. Henderson received his signed retention agreement.

6. During this period, counsel for the defendants were also communicating with the plaintiff's counsel respecting agreements the parties may reach regarding discovery and other issues. Counsel believe they will confer early next week (April 30-May 4).

7. Counsel for plaintiff believe that consulting with Mr. Henderson is necessary for a productive case management conference, and wish to allow for any contingencies that might arise respecting their scheduled visit on April 27, 2018 (such as a lockdown or any other circumstance that would necessitate rescheduling the visit) to ensure it occurs before the conference and the joint statement deadline a week prior.

**STIPULATION**

Because counsel for Mr. Henderson require additional time to make contact with their newly retained client in order for the case management conference to be productive, and wish a short amount of time to address any contingencies that may arise regarding their initial conference with their client on April 27, 2018, the plaintiff respectfully requests, and the defendants agree, that the case management conference be continued 21 days to May 30 at 2:00 p.m., or to a date thereafter most convenient to the Court.

Dated: April 25, 2018        COZEN O'CONNOR

                             By: /s/ Theresa Mae Rutledge
                                 Michael W. Melendez
                                 Theresa Mae Rutledge
                                 Attorneys for Plaintiff
                                 JOHNDELL HENDERSON

Dated: April 25, 2018        OFFICE OF THE ATTORNEY GENERAL

                             By: /s/ Jeffrey T. Fisher
                                 Ian M. Ellis
                                 Jeffrey T. Fisher
                                 Attorneys for Defendants
                                 CAROLYN HERNANDEZ and W.L. MUNIZ

**ATTESTATION UNDER NORTHERN DISTRICT OF CALIFORNIA, CIVIL LOCAL RULE 5-1(i)**

I, Theresa Mae Rutledge, attest and declare as follows:

Concurrence in the filing of this document has been obtained from all signatories, and shall serve in lieu of their signatures on the document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed on April 25, 2018 in San Francisco, California.

By: /s/ Theresa Mae Rutledge
Theresa Mae Rutledge
Attorneys for Plaintiff
JOHNDELL HENDERSON

**ORDER**

PURSUANT TO STIPULATION, AND BASED ON GOOD CAUSE, THE CASE MANAGEMENT CONFERENCE IS CONTINUED 21 DAYS TO MAY 30, 2018, AT 2:00 P.M.

IT IS SO ORDERED.

Dated: April 26, 2018

THE HONORABLE JON S. TIGAR
UNITED STATE DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA