Michael W. Melendez (SBN 125895)
Teri Mae Rutledge (SBN 261229)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel: 415.644.0914
Fax: 415.644.0978
Email: mmelendez@cozen.com
trutledge@cozen.com

Attorneys for Plaintiff
JOHNDELL HENDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNDELL HENDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN HERNANDEZ; W.L. MUNIZ, et al.,<br><br>    Defendants. | Case No.: 3:14-cv-01857-JST<br><br>**STIPULATION AND MOTION TO CONTINUE THE CASE SCHEDULE**<br><br>**FED. R. CIV. PROC. 16(B)(4); L.R. 16-2(D); L.R. 7-1; L.R. 7-12**<br><br>Judge:    Jon S. Tigar |

Defendants C. Hernandez and W.L. Muniz, joined by Plaintiff Johndell Henderson (the "Parties") hereby stipulate and move for the following modifications of the Case Schedule pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16-2(d), for the reasons set forth below.

**I.    CIRCUMSTANCES CONSTITUTING GOOD FAITH REASONS TO MODIFY CASE MANAGEMENT ORDER**

Henderson's Motion to Modify or Rescind the Court's previous summary judgment order is submitted and pending before the Court. (ECF Nos. 126-129.) That Motion, if granted, would substantially affect the scope of discovery in this action.

In light of the pending motion, the Plaintiff has not pursued discovery that is outside the scope of the claims as they stand after the Court's grant of summary judgment (which was entered before counsel for Mr. Henderson was appointed).

/ / /

## II. PROPOSED CASE SCHEDULE MODIFICATION[1]

Based on the foregoing, the Parties hereby stipulate, and respectfully request of the Court, the following modification of the Case Management deadlines, which continues to current schedule approximately two months:

| Event | Currently Scheduled Date | Proposed Modification |
|---|---|---|
| Close of fact discovery | December 28, 2018 | March 1, 2019 |
| Expert disclosures and opening expert reports due | January 25, 2019 | March 15, 2019 |
| Rebuttal expert disclosures and rebuttal reports due | February 18, 2019 | March 29, 2019 |
| Close of expert discovery | March 8, 2019 | April 12, 2019 |
| Deadline for summary-judgment motions | April 18, 2019 | May 3, 2019 |
| Pretrial conference statement due | July 26, 2019 | July 26, 2019 |
| Pretrial Conference | August 2, 2019 at 2:00 p.m. | August 2, 2019 at 2:00 p.m. |
| Trial | August 26, 2019 at 8:30 a.m. | August 26, 2019 at 8:30 a.m. |

Dated: November 30, 2018         COZEN O'CONNOR

By: /s/ Teri Mae Rutledge
    Michael W. Melendez
    Teri Mae Rutledge
    Attorneys for Plaintiff
    JOHNDELL HENDERSON

Dated: November 30, 2018         STATE OF CALIFORNIA, ATTORNEY GENERAL'S OFFICE

By: /s/ Jeffrey Fisher
    Jeffrey Fisher
    Deputy Attorney General
    Attorneys for Defendants
    C. HERNANDEZ and W.L. MUNIZ

---

[1] The Parties have not sought to move the trial date due to a potential conflict with defense counsel's trial in *Hunter v. Sokoloff*, No. C 14-05031-JST (PR), currently scheduled for December 9, 2019, before this Court. If the Court has concerns about any aspect of the proposed schedule, the Parties ask the Court to set a scheduling conference or otherwise identify another available trial date (preferably at least 45 days from December 9, 2019) around which the Parties can plan a proposed schedule.

# **ORDER**

Pursuant to stipulation and good cause appearing therein, IT IS SO ORDERED.

Dated: December 3, 2018

_____
The Honorable Jon S. Tigar
United States District Court
Northern District of California

# **PROOF OF SERVICE**

I, the undersigned, declare that I am employed in the city of San Francisco, State of California. I am over the age of 18 years and not a party to the within cause; my business address is 101 Montgomery Street, Suite 1400, San Francisco, California.

On December 3, 2018, I served the following documents:

**STIPULATION AND MOTION TO CONTINUE THE CASE SCHEDULE**

on the following interested party(ies) in the matter of *Henderson v. Hernandez, et al.*, U.S.D.C. Northern California Case No. 3:14-cv-01857-JST:

*SERVICE LIST*

| | |
|---|---|
| Xavier Becerra<br>William C. Kwong<br>Ian Michael Ellis<br>Jeffrey T. Fisher<br>California State Attorney General's Office<br>Correctional Law Section<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, California 94102 | Counsel for Defendants,<br>Carolyn Hernandez; W.L. Muniz, et al.<br><br>Tel:    (415) 510-3567<br>Fax:   (415) 703-5843<br>Email: ian.ellis@doj.ca.gov<br>         jeffrey.fisher@doj.ca.gov |

☒ **By electronic service.** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 3, 2018 at San Francisco, California.

*/s/ Andrea Mackenzie*
Andrea Mackenzie

**ECF ATTESTATION**

I, Teri Mae Rutledge, am the ECF user whose ID and password are being used to file this document. I hereby attest that Jeffrey Fisher has concurred in this filing.

Dated: December 3, 2018

COZEN O'CONNOR

By: /s/ Teri Mae Rutledge
Michael W. Melendez
Teri Mae Rutledge
Attorneys for Plaintiff
JOHNDELL HENDERSON