Michael W. Melendez (SBN 125895)
Teri Mae Rutledge (SBN 261229)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel: 415.644.0914
Fax: 415.644.0978
Email: mmelendez@cozen.com
trutledge@cozen.com

Attorneys for Plaintiff
JOHNDELL HENDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNDELL HENDERSON,<br><br>      Plaintiff,<br><br>    v.<br><br>CAROLYN HERNANDEZ; W.L. MUNIZ, et al.,<br><br>      Defendants. | Case No.: 3:14-cv-01857-JST<br><br>**STIPULATION AND MOTION TO STAY CASE SCHEDULE DEADLINES / TO ORDER SETTLEMENT CONFERENCE**<br><br>**FED. R. CIV. PROC. 16(B)(4); L.R. 16-2(D); L.R. 7-1; L.R. 7-12**<br><br>Judge:     Jon S. Tigar |

Defendants C. Hernandez, W.L. Muniz, M. Hodges and J.D. Lozano, joined by Plaintiff Johndell Henderson (the "Parties") hereby stipulate and move for the following modifications of the Case Schedule pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16-2(d), for the reasons set forth below.

**I.    CIRCUMSTANCES CONSTITUTING GOOD FAITH REASONS TO MODIFY CASE MANAGEMENT ORDER**

The Parties have both expressed interest in attempting to settle the claims in this action. They seek a stay to accommodate these efforts.[1] The Parties' first settlement conference occurred when the plaintiff was unrepresented.

---

[1] Fact discovery is not quite complete. The final deposition in this matter, of Plaintiff, was not completed due to a mandatory inmate count at Salinas Valley State Prison while the deposition was in progress. Counsel for the

## II. PROPOSED STAY; REQUESTED SETTLEMENT CONFERENCE

The Parties hereby stipulate, and respectfully request that the Court stay the case schedule. The Parties further hereby request the Court set a Settlement Conference to assist the parties with their efforts to negotiate and settle Mr. Henderson's claims.

## III. IN THE ALTERNATIVE: PROPOSED CASE MODIFICATION

In the alternative, if the Court denies the Parties' request for a stay, the Parties seek an approximately 60-day continuance[2] of case deadlines to allow them to negotiate and settle the case:

| Event | Currently Scheduled Date | Proposed Modification |
| --- | --- | --- |
| Close of Fact Discovery | July 31, 2019 | September 30, 2019 |
| Expert Disclosures and Opening Expert Reports Due | August 16, 2019 | October 15, 2019 |
| Rebuttal Expert Disclosures & Rebuttal Reports Due | September 13, 2019 | November 12, 2019 |
| Expert Discovery Cut-off | October 4, 2019 | December 2, 2019 |
| Summary-Judgment Deadline | October 25, 2019 | January 13, 2019 |
| Pretrial Conference Statement Due | January 24, 2020 | April 1, 2020 |
| Pretrial Conference | January 31, 2020 at 2:00 p.m. | April 17, 2020 (Friday) 2:00 p.m. |
| Trial | February 24, 2020 at 8:00 a.m. | May 4, 2020 (Monday) at 8:00 a.m. |

//
//
//
//
//

---

defendants has estimated three hours remain for further questioning. Should the case deadlines be continued rather than stayed, the fact discovery period should remain open for the purpose of completing this final deposition.

[2] The Summary Judgment deadline is expanded approximately 80 days to account for the end-of-year holiday season. All subsequent deadlines are extended approximately 70 days to better accommodate the schedule of defense counsel Nasstaran Ruhparwar, who has preplanned international travel from May 25, 2020, through June 8, 2020.

| | | |
|---|---|---|
| 1 | Dated: August 7, 2019 | COZEN O'CONNOR |
| 2 | | |
| 3 | | By: */s/ Teri Mae Rutledge*<br>  Michael W. Melendez |
| 4 | | Teri Mae Rutledge<br>Attorneys for Plaintiff |
| 5 | | JOHNDELL HENDERSON |
| 6 | Dated: August 7, 2019 | STATE OF CALIFORNIA, ATTORNEY GENERAL'S OFFICE |
| 7 | | |
| 8 | | By: */s/ Nasstaran Ruhparwar*<br>  Xavier Becerra |
| 9 | | Attorney General of California |
| 10 | | William C. Kwong<br>Supervising Deputy Attorney General |
| 11 | | Jeffrey Fisher<br>Deputy Attorney General |
| 12 | | Nasstaran Tara Ruhparwar<br>Deputy Attorney General |
| 13 | | Attorneys for Defendants<br>C. HERNANDEZ; W.L. MUNIZ; M. HODGES; |
| 14 | | and J.D. LOZANO |

**ECF ATTESTATION**

I, Teri Mae Rutledge, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Nasstaran Tara Ruhparwar has concurred in this filing.

# **ORDER**

Pursuant to stipulation and good cause appearing therein, the deadlines in this case are stayed pending a Settlement Conference and further order of this Court.

Such Settlement Conference will take place within 120 days of the date this order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit. Magistrate Judge Illman will coordinate a time, place, and date for one or more settlement conferences with all interested parties or their representatives and, within fifteen days of the conclusion of all settlement proceedings, will file with the Court a report thereon.

The Clerk will send Magistrate Judge Illman a copy of this order.

IT IS SO ORDERED.

Dated: August 8, 2019

The Honorable Jon S. Tigar
United States District Court
Northern District of California

# PROOF OF SERVICE

I, the undersigned, declare that I am employed in the city of San Francisco, State of California. I am over the age of 18 years and not a party to the within cause; my business address is 101 Montgomery Street, Suite 1400, San Francisco, California.

On August 7, 2019, I served the following documents:

**STIPULATION AND MOTION TO STAY CASE SCHEDULE DEADLINES / TO ORDER SETTLEMENT CONFERENCE**

on the following interested party(ies) in the matter of *Henderson v. Hernandez, et al.*, U.S.D.C. Northern California Case No. 3:14-cv-01857-JST:

*SERVICE LIST*

| | |
|---|---|
| Nasstaran Tara Ruhparwar<br>Jeffrey Fisher<br>Deputy Attorney General,<br>Correctional Law Section<br>Office of the Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004 | Counsel for Defendants,<br>Carolyn Hernandez; W.L. Muniz, M. Hodges and Jared D. Lozano<br><br>Tel:	(415) 510-3567<br>Fax:	(415) 703-5843<br>Email:	Nasstaran.Ruhparwar@doj.ca.gov<br>	Jeffrey.Fisher@doj.ca.gov |

☒    **By electronic service.** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 7, 2019 at San Francisco, California.

*/s/ Andrea Mackenzie*
Andrea Mackenzie